JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARQUEZ MACHUCA,<br><br>Petitioner,<br><br>vs.<br><br>MIKE MCDONALD, Warden,<br><br>Respondent. | Case No. EDCV 09-1422-AHM (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE